

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-19-00212-CR

Sean Leroy **HAYS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0232-CR-A
Honorable William Old, Judge Presiding

# O R D E R

The reporter's record in this case was originally due on July 24, 2019. This court granted court reporter Patricia Wagner's first request for an extension of time to file her portion of the record until August 23, 2019. On September 5, 2019, this court granted Ms. Wagner's second request for an extension of time to file the record until September 23, 2019. In the September 5 order, the court advised Ms. Wagner that further requests for extension of time to file the reporter's record would be disfavored and ordered that any further requests for extension be accompanied by a signed, written status report complying with the order. On September 30, 2019, Ms. Wagner filed a third request for an additional thirty (30) days to file the reporter's record, which was not accompanied by a signed, written status report complying with this court's September 5 order. Accordingly, this court ordered Ms. Wagner to file a signed, written status report.

On October 18, 2019, Ms. Wagner filed a signed, written status report, as well as a request for an additional seven (7) days to file her portion of the reporter's record, or until November 4, 2019. The request is GRANTED and it is ORDERED that Ms. Wagner file her portion of the reporter's record by no later than November 4, 2019.

**Ms. Wagner is advised that no further requests for extension will be granted. If the reporter's record is not filed by November 4, 2019, Ms. Wagner is further advised that an**

**order may issue directing her to appear before this court in person and show cause why she should not be held in contempt for failing to file the record.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk